United States District Court
Southern District of Texas
FILED

DEC 16 1998

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 17 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY GRAHAM, now known as SHAKA SANKOFA<br>Petitioner,<br><br>v.<br><br>GARY JOHNSON,<br><br>Respondent. | MISC. NO. H-98-476 |

## ORDER

Pending before the Court is the Motion to Reconsider Order Concerning the Appointment of Counsel filed by the petitioner. Having considered the motion, the Court hereby

ORDERS that the Motion to Reconsider Order Concerning the Appointment of Counsel is DENIED.

SIGNED at Houston, Texas on this the **16** day of December, 1998.

_____
DAVID HITTNER
United States District Judge

1